UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL LEE PETTAWAY, | Case No. CV 12-7097 R (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DALINDA HARMAN, Chief, Contract Beds Unit, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: Nov. 7, 2012

MANUEL L. REAL
United States District Judge